BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000



FILED
APR 25 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the
Search of:

31 SOUTH DANA AVENUE
PLANADA, CALIFORNIA

) 1:09-SW-0086 SMS
)
) ORDER TO UNSEAL SEARCH WARRANT
) AFFIDAVIT AND WARRANT
)
)
)
)
)

The search warrant affidavit and warrant in this case having been sealed by Order of this Court on April 10, 2009, and it appearing that the affidavit and warrant are not required to remain secret based upon the motion submitted by the government,

IT IS HEREBY ORDERED that the search warrant affidavit and warrant be unsealed and made public record.

Dated: 4/25/12

_____
UNITED STATES MAGISTRATE JUDGE